IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:98CR125-01 |
| v. | ) | |
| DEVOIL STANLEY HICKS, | ) | ORDER |
| Defendant. | ) | |

Before the court is the defendant's motion to reduce his sentence pursuant to the Crack Cocaine Amendment 706 (Filing No. 422). On March 5, 2009, the court held a hearing (Filing No. 435) on the motion. For the reasons stated on the record, the defendant's motion to reduce his sentence pursuant to the Crack Cocaine Amendment 706 (Filing No. 422) is denied. The Clerk of the Court is directed to mail a copy of this order to the defendant at his last known address.

SO ORDERED.

DATED this 6th day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge